ACCO,(MRWx),CLOSED,DISCOVERY,MANADR,RELATED−G,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:21–cv–01202–VAP–MRW

Justina Carrasco v. Robinhood Financial LLC et al
Assigned to: Judge Virginia A. Phillips
Referred to: Magistrate Judge Michael R. Wilner
 Case in other court:  Orange County Superior Court,
                      30–02021–01202793
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 07/12/2021
Date Terminated: 07/23/2021
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Justina Carrasco**                        represented by   **Michael Linzymiah Kennedy**
Estelle and Kennedy, A Professional Law
Corporation
367 North 2nd Avenue
Upland, CA 91786
909−608−0466
Fax: 909−608−0477
Email: michael@estellekennedylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Anthony Suppa**
Estelle and Kennedy, APC
367 North 2nd Avenue
Upland, CA 91786
909−608−0466
Email: paul@estellekennedylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robinhood Financial LLC**                 represented by   **Andrew D. Huynh**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1376
Fax: 212−474−3700
Email: ahuynh@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1296

Fax: 212–474–3700
Email: aryan@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1596
Fax: 212–474–3700
Email: korsini@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310–312–4000
Fax: 310–312–4224
Email: nrim@manatt.com
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310–312–4000
Fax: 310–312–4224
Email: crutenberg@manatt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robinhood Securities, LLC**                          represented by   **Andrew D. Huynh**
*a Delaware corporation*                                                 (See above for address)
                                                                         *PRO HAC VICE*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Antony L. Ryan**
                                                                         (See above for address)
                                                                         *PRO HAC VICE*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Kevin J. Orsini**
                                                                         (See above for address)
                                                                         *PRO HAC VICE*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Naeun Rim**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Craig Steven Rutenberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robinhood Markets, Inc.**                    represented by   **Andrew D. Huynh**
*a Delaware corporation*                                       (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Antony L. Ryan**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kevin J. Orsini**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Naeun Rim**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig Steven Rutenberg**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 through 50, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2021 | Ï 1 | NOTICE OF REMOVAL from Orange County Superior Court, case number 30–2021–01202793 Receipt No: ACACDC–31617487 – Fee: $402, filed by Defendants Robinhood Markets, Inc., Robinhood Securities, LLC, ROBINHOOD FINANCIAL LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Attorney Craig Steven Rutenberg added to party ROBINHOOD FINANCIAL LLC(pty:dft), Attorney Craig Steven Rutenberg added to party Robinhood Markets, Inc.(pty:dft), Attorney Craig Steven Rutenberg added to party Robinhood Securities, LLC(pty:dft))(Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 2 | NOTICE of Related Case(s) filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Related Case(s): 21–CV– 00835–VAP–MRW, 21–CV– 00837–FMO, 21–CV–00843– CBM–E, 2:21–cv–02230 VAP, and 30–2021–01202793–CU–FR–CJC (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 3 | CIVIL COVER SHEET filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 4 | NOTICE of Lis Pendens filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 5 | |

| | | |
|---|---|---|
| | | NOTICE of Interested Parties filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 6 | APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617719) filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order) (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 7 | APPLICATION of Non–Resident Attorney Anthony L. Ryan to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617732) filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order) (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï 8 | APPLICATION of Non–Resident Attorney Kevin J. Orsini to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617739) filed by Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order) (Rutenberg, Craig) (Entered: 07/12/2021) |
| 07/12/2021 | Ï | CONFORMED COPY OF COMPLAINT filed by Plaintiff Justina Carrasco in Orange County Superior Court on 5/26/2021, attached as Exhibit A. (jtil) (Entered: 07/13/2021) |
| 07/12/2021 | Ï | CONFORMED COPY OF COMPLAINT filed by Plaintiff Justina Carrasco in Orange County Superior Court on 5/26/2021, attached as Exhibit A. (jtil) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 9 | Notice of Appearance or Withdrawal of Counsel: for attorney Craig Steven Rutenberg counsel for Defendant ROBINHOOD FINANCIAL LLC. Adding Craig S. Rutenberg as counsel of record for Robinhood Financial LLC, et al. for the reason indicated in the G–123 Notice. Filed by Defendant Robinhood Financial LLC, et al.. (Rutenberg, Craig) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 10 | Notice of Appearance or Withdrawal of Counsel: for attorney Naeun Rim counsel for Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Adding Naeum Rim as counsel of record for Robinhood Financial LLC, et al. for the reason indicated in the G–123 Notice. Filed by Defendant Robinhood Financial LLC, et al.. (Attorney Naeun Rim added to party Robinhood Financial LLC(pty:dft), Attorney Naeun Rim added to party Robinhood Markets, Inc.(pty:dft), Attorney Naeun Rim added to party Robinhood Securities, LLC(pty:dft))(Rim, Naeun) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 11 | NOTICE RE INTRA–DISTRICT TRANSFER by Clerk of Court due to incorrect intra–district venue selected by the filer. Case is transferred to the Southern Division. Case has been assigned to Judge Cormac J. Carney for all further proceedings. Any matters that may be referred to a Magistrate Judge are assigned to Autumn D. Spaeth. New Case Number 8:21–cv–01202 CJC (ADSx). (jtil) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 12 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and Magistrate Judge Autumn D. Spaeth. (jtil) (Entered: 07/13/2021) |
| 07/13/2021 | Ï 13 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (jtil) (Entered: 07/13/2021) |
| 07/14/2021 | Ï 14 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 07/14/2021) |
| 07/14/2021 | Ï 15 | PROOF OF SERVICE filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, *Regarding Documents* served on July 13, 2021. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proof of Service Re Application for PHV (Kevin Orsini), # 2 Proof of Service Re [PROPOSED] Order Re Application for PHV (Kevin Orsini), # 3 Proof of Service re Application for PHV (Andrew Huynh), # 4 Proof of Service Re [PROPOSED] Order Re Application for PHV (Andrew Huynh), # 5 Proof of Service Re Application for PHV ( Anthony Ryan), # 6 Proof of Service re [PROPOSED] Order Re Application for PHV (Anthony Ryan))(Rutenberg, Craig) (Entered: 07/14/2021) |
| 07/14/2021 | ï 16 | PROOF OF SERVICE filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, *Regarding Documents* served on July 13, 2021. (Attachments: # 1 POS Re Notice of Removal, # 2 POS Re Civil Case Cover Sheet, # 3 POS Re Notice of Related Cases, # 4 POS Re Notice of Interested Parties, # 5 POS Re Notice of Pendency of Other Actions, # 6 POS Re Notice of Appearance of Counsel (Craig Rutenberg), # 7 POS RE Notice of Appearance of Counsel (Naeum Rim))(Rutenberg, Craig) (Entered: 07/14/2021) |
| 07/14/2021 | ï 17 | PROOF OF SERVICE filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, *Regarding Document* served on July 13, 2021. (Attachments: # 1 POS Re Notice to Adverse Party and to Clerk of the Superior Court of Removal of Action to Federal Court)(Rutenberg, Craig) (Entered: 07/14/2021) |
| 07/15/2021 | ï 18 | STIPULATION Extending Time to Answer the complaint as to Robinhood Markets, Inc. answer now due 8/18/2021; Robinhood Securities, LLC answer now due 8/18/2021; Robinhood Financial LLC answer now due 8/18/2021, filed by Defendant Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial LLC.(Rutenberg, Craig) (Entered: 07/15/2021) |
| 07/15/2021 | ï 19 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21–01–Related Case– filed. Related Case No: 2:21–cv–00835–VAP–MRWx. Case transferred from Judge Cormac J. Carney and Magistrate Judge Autumn D. Spaeth to Judge Virginia A. Phillips and Magistrate Judge Michael R. Wilner for all further proceedings. The case number will now reflect the initials of the transferee Judge 8:21–cv–01202–VAP(MRWx). Signed by Judge Virginia A. Phillips (dta) (Entered: 07/15/2021) |
| 07/15/2021 | ï 20 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Anthony L. Ryan to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617732) 7 , APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617719) 6 . The following error(s) was/were found: Local Rule 5–4.3.4 Application not hand–signed. (lt) (Entered: 07/15/2021) |
| 07/15/2021 | ï 21 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Kevin J. Orsini to Appear Pro Hac Vice on behalf of Defendants ROBINHOOD FINANCIAL LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31617739) 8 . The following error(s) was/were found: There are 3 signature pages on this entry. (lt) (Entered: 07/15/2021) |
| 07/15/2021 | ï 22 | APPLICATION of Non–Resident Attorney Kevin J. Orsini to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617739) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Rutenberg, Craig) (Entered: 07/15/2021) |
| 07/15/2021 | ï 23 | APPLICATION of Non–Resident Attorney Anthony L. Ryan to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617732) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Rutenberg, |

| | | |
|---|---|---|
| | | Craig) (Entered: 07/15/2021) |
| 07/15/2021 | 24 | APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617719) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Rutenberg, Craig) (Entered: 07/15/2021) |
| 07/16/2021 | 25 | STANDING ORDER upon filing of the complaint by Judge Virginia A. Phillips. (cch) (Entered: 07/16/2021) |
| 07/16/2021 | 26 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Kevin J. Orsini to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No 22 . The following error(s) was/were found: Local Rule 83–2.1.3.3(a) Application not complete: state and/or federal courts to which the applicant has been admitted are not listed. (lt) (Entered: 07/16/2021) |
| 07/16/2021 | 27 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Anthony L. Ryan to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No 23 . The following error(s) was/were found: Local Rule 83–2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. Other error(s) with document(s): NJ missing. (lt) (Entered: 07/16/2021) |
| 07/16/2021 | 28 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No 24 . The following error(s) was/were found: Local Rule 5–4.3.4 Application not hand–signed. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed. (lt) (Entered: 07/16/2021) |
| 07/16/2021 | 29 | APPLICATION of Non–Resident Attorney Kevin J. Orsini to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617739) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order Application of Non–Resident Attorney to Appear in Specific Case PRO HAC VICE) (Rutenberg, Craig) (Entered: 07/16/2021) |
| 07/16/2021 | 30 | APPLICATION of Non–Resident Attorney Anthony L. Ryan to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617732) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order Application of Non–Resident Attorney to Appear in Specific Case PRO HAC VICE) (Rutenberg, Craig) (Entered: 07/16/2021) |
| 07/16/2021 | 31 | APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617719) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order Application of Non–Resident Attorney to Appear in Specific Case PRO HAC VICE) (Rutenberg, Craig) (Entered: 07/16/2021) |
| 07/19/2021 | 32 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice |

| | | |
|---|---|---|
| | | Fee – $500.00 Previously Paid on 7/12/2021, Receipt No 31 . The following error(s) was/were found: Local Rule 5–4.3.4 Application not hand–signed. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed. (lt) (Entered: 07/19/2021) |
| 07/20/2021 | Ï 34 | ORDER by Judge Virginia A. Phillips: granting 29 Non–Resident Attorney Kevin J. Orsini, APPLICATION to Appear Pro Hac Vice on behalf of Robinhood Financial LLC, Robinhood Markets, Inc. and for Robinhood Securities, LLC, designating Naeun Rim as local counsel. (lom) (Entered: 07/21/2021) |
| 07/20/2021 | Ï 35 | ORDER by Judge Virginia A. Phillips: granting 7 23 30 Non–Resident Attorney Antony L. Ryan APPLICATION to Appear Pro Hac Vice on behalf of Robinhood Financial LLC, Robinhood Markets, Inc. and for Robinhood Securities, LLC, designating Naeun Rim as local counsel. (lom) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 33 | APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No. 31617719) filed by Defendant Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order Application of Non–Resident Attorney to Appear in Specific Case Pro Hac Vice) (Rutenberg, Craig) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 36 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500.00 Previously Paid on 7/12/2021, Receipt No 33 . The following error(s) was/were found: Local Rule 83–2.1.3.3(d) Attached Certificate of Good Standing not issued within 30 days prior to filing of the application. (lt) (Entered: 07/21/2021) |
| 07/22/2021 | Ï 37 | APPLICATION of Non–Resident Attorney Andrew D. Huynh to Appear Pro Hac Vice on behalf of Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31678327) filed by Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Proposed Order) (Rutenberg, Craig) (Entered: 07/22/2021) |
| 07/23/2021 | Ï 38 | Conditional Transfer Order – 4 from the United States Judicial Panel on Multidistrict Litigation, MDL 2989, transferring case to USDC, Southern District of Florida and assigned to Honorable Judge Altonaga. Case transferred electronically. (MD JS–6. Case Terminated.) (yl) (Entered: 07/26/2021) |